**Order entered December 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01615-CV

## IN THE INTEREST OF L.B. AND A.K.B., CHILDREN

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-0485**

## ORDER

We **GRANT** appellant's December 19, 2013 motion to extend deadline for filing first brief and **ORDER** the brief filed no later than January 15, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE